# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DERRICK SALLIS,**
      **Plaintiff,**

  v.                                    Case No. 14-CV-1510

**NIEL THORESON,**
      **Defendant,**

## DECISION AND ORDER

In an order entered February 10, 2015, I directed plaintiff to either pay the full filing fees of $400.00 or file a motion for leave to proceed in forma pauperis on or before Monday, March 2, 2015. I warned plaintiff that failure to take action by that date would result in dismissal of this case. The order was mailed to plaintiff's last known address, but it was returned as undeliverable because plaintiff had moved and left no forwarding address. To date, plaintiff has not paid the full filing fee of $400.00 or filed a motion for leave to proceed in forma pauperis. Nor has he contacted the court to update his address.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 18th day of March, 2015.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge